BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Acting Assistant United States Attorney
Chief, Criminal Division
BLAKE HANNAH (Cal. Bar No. 312086)
Special Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0172
    Facsimile: (213) 894-2927
    E-mail:   blake.hannah@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-5268-DUTY |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| HECTOR LEIVA GARCIA, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Special Assistant United States Attorney Blake Hannah, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court, to dismiss the Complaint against defendant Hector Leiva Garcia without prejudice.

    The government's request for dismissal is made in good faith and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge." United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court grant this motion to dismiss the complaint without prejudice[1] against defendant pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: September 9, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Acting Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
BLAKE HANNAH
Special Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] Defense counsel does not oppose the motion to dismiss in general but does oppose dismissal without prejudice. As of the time of this filing, defense counsel has not indicated whether she will file a motion to oppose the dismissal without prejudice.

2