```
BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Acting Assistant United States Attorney
Chief, Criminal Division
BLAKE HANNAH (Cal. Bar No. 312086)
Special Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0172
     Facsimile: (213) 894-2927
     E-mail:    blake.hannah@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-5268-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| HECTOR LEIVA GARCIA, | |
| Defendant. | |

The Court has read and considered the government's motion to dismiss the complaint without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the complaint in the interests of justice.

///

///

///

1    Accordingly, IT IS HEREBY ORDERED that the complaint is
2 dismissed without prejudice against defendant in the interest of
3 justice.
4    IT IS SO ORDERED.

_____        _____
 DATE                                   HONORABLE PATRICIA DONAHUE
                                        UNITED STATES MAGISTRATE JUDGE

Presented by:

          /s/
_____
BLAKE HANNAH
Special Assistant United States
Attorney